UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IGNACIO ARROYOS, | ) | 1:04-cv-06694-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE DISMISSED** |
| JO ANNE B. BARNHART, | ) | **FOR PLAINTIFF'S FAILURE TO** |
| Commissioner of Social | ) | **TIMELY FILE AN OPENING BRIEF** |
| Security, | ) | (Doc. 5) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, represented by counsel, is proceeding in an action seeking judicial review of an administrative decision of the Commissioner of Social Security denying an application for disability benefits.

On December 14, 2004, plaintiff filed his complaint (Doc. 1). The Court's standard Scheduling Order (issued to pro se plaintiffs) directs plaintiff to file an Opening Brief ninety-five (95) days after the defendant files the administrative record, OR sixty-five (65) days after plaintiff served on defendant a confidential letter brief. Defendant filed/lodged the administrative record on April 4, 2005 (Doc. 9). Thus, plaintiff's Opening Brief was due to be filed and served on or

1

before July 9, 2005.  To date, plaintiff has neither filed an Opening Brief nor sought an extension of time in which to do so.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991). Plaintiff's failure to timely file an Opening Brief may result in dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff show cause why this action should not be dismissed for lack of prosecution and failure to obey an order of the Court; and,

2. If plaintiff has any reasons why this action should not be dismissed, they shall be submitted by a sworn Declaration of facts on or before August 22, 2005, to which a supporting memorandum of law may be appended, to include:

(A) an explanation of the lack of activity in this case; and,

(B) shall list each specific step plaintiff plans to take to prosecute this case, and, particularly, to file and serve an Opening Brief.

Plaintiff is herein advised that failure to comply with and/or respond to this order will result in the dismissal of this action.

IT IS SO ORDERED.

**Dated:   August 8, 2005**             **/s/ Sandra M. Snyder**
icido3                           UNITED STATES MAGISTRATE JUDGE