UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IGNACIO ARROYOS, | ) | 1:04-cv-06694-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER REQUIRING COMPLIANCE** |
| | ) | **WITH SCHEDULING ORDER** |
| JO ANNE B. BARNHART, | ) | (Doc. 5) |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is proceeding with counsel in this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for benefits.

On September 20, 2005, plaintiff filed an Opening Brief (Doc. 14), which the Court has reviewed. The Court finds that the Opening Brief fails to comply with paragraph 11 of the Court's Scheduling Order (Doc. 5) that issued on December 14, 2004, and that was served on plaintiff. Specifically, plaintiff has failed to include a summary of the facts including, but not limited to, the medical record and plaintiff's testimony and subjective complaints.

1    The Court, on its own motion, hereby grants plaintiff an
2 extension of time within which to comply with the directions of
3 the Court set forth in the Scheduling Order, and as specifically
4 set forth above.
5    Accordingly, plaintiff SHALL FILE, on or before October 24,
6 2005, an Amended Opening Brief that complies with the
7 requirements set forth in paragraph 11 of the Scheduling Order,
8 and as specifically set forth above.
9    Defendant need not respond to plaintiff's Opening Brief
10 filed September 20, 2005.  However, unless otherwise ordered by
11 the Court, defendant must respond to plaintiff's Amended Opening
12 Brief by filing a responsive brief no later than **thirty (30) days**
13 from the date of service of plaintiff's Amended Opening Brief.
14 All other deadlines set forth in the Scheduling Order shall
15 apply.
16    Plaintiff is forewarned that failure to comply with an order
17 of the Court may result in sanctions, including dismissal,
18 pursuant to the inherent power of the Court or the Federal Rules
19 of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110;
20 Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

23 IT IS SO ORDERED.
24 **Dated:   October 4, 2005**              /s/ Sandra M. Snyder
   icido3                              UNITED STATES MAGISTRATE JUDGE